■ In the Matter of the Arbitration between GAYLEY MILL CORPORATION and PRINCETON RAYON CORP.— Motion granted on condition that the respondent-appellant procures the record on appeal and appellant's points to be

served and filed on or before April 2, 1959, with notice of argument for April 14, 1959, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.